FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARLENE'S FLOWERS, INC., d/b/a Arlene's Flowers and Gifts; and BARRONELLE STUTZMAN;<br><br>                          Plaintiffs,<br><br>     v.<br><br>ROBERT W. FERGUSON, in his official capacity as Attorney General for the State of Washington,<br><br>                          Defendant. | NO:  2:13-CV-5094-RMP<br><br>ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Voluntary Dismissal

under Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 69.  Having reviewed the Stipulation

and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS**

**HEREBY ORDERED**:

1. The parties' Stipulation of Voluntary Dismissal, **ECF No. 69**, is

   **GRANTED**.

ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL ~ 1

1    2.  This case is dismissed **without prejudice** as to all claims, causes of

2       actions, and parties, with each party bearing their own attorneys' fees and

3       costs.

4    3.  All pending motions, if any, are **DENIED AS MOOT**.

5    4.  All scheduled court hearings, if any, are **STRICKEN**.

6       **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

7  Order, enter judgment of dismissal without prejudice, provide copies to counsel, and

8  **close this case**.

9       **DATED** July 19, 2021.

10                           *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON
11                           United States District Judge

12

13

14

15

16

17

18

19

20

21

ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL ~ 2